LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
MICHAEL A. ARATA, ESQ.
Nevada Bar No. 11902
**SPRINGEL & FINK LLP**
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada  89148
Telephone:  (702) 804-0706
E-Mail:     lfink@springelfink.com
            marata@springelfink.com

Attorneys for Defendant,
*LVNV FUNDING, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES KELLY,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>LVNV FUNDING, LLC;  EQUIFAX INFORMATION SERVICE, LLC,<br><br>　　　　　　　Defendants. | Case No.: 2:22-cv-00135-JCM-NJK<br><br>**STIPULATION TO EXTEND DEFENDANT LVNV FUNDING, LLC'S TIME TO RESPOND TO COMPLAINT (First Request)** |

　　　Defendant LVNV FUNDING, LLC ("LVNV") and Plaintiff JAMES KELLY stipulate and agree as follows:

　　　1.　　LVNV's time to respond to the Complaint (ECF No. 1), filed on January 25, 2022 and served on January 28, 2022, will be continued from February 18, 2022 to March 18, 2022 (28 days); and

///

///

///

///

///

///

    2.    LVNV requires additional time to investigate the allegations and respond to the Complaint. This is LVNV's first request for an extension.

| | |
|---|---|
| DATED this 18th day of February, 2022 | DATED this 18th day of February, 2022 |
| SPRINGEL & FINK LLP | FREEDOM LAW FIRM |
| */s/ Michael A. Arata* | */s/ Gerardo Avalos* |
| By: _____ <br> LEONARD T. FINK, ESQ. <br> Nevada Bar No. 6296 <br> MICHAEL A. ARATA, ESQ. <br> Nevada Bar No. 11902 <br> 9075 W. Diablo Drive, Suite 302 <br> Las Vegas, Nevada 89148 | By: _____ <br> GEORGE HAINES, ESQ. <br> Nevada Bar No. 9411 <br> GERARDO AVALOS, ESQ. <br> Nevada Bar No. 15171 <br> 8985 S. Eastern Ave., Ste. 350 <br> Las Vegas, Nevada 89123 |
| Attorneys for Defendant, <br> *LVNV FUNDING, LLC* | Attorneys for Plaintiff, <br> *JAMES KELLY* |

**IT IS SO ORDERED:**

DATED: February 22, 2022

_____
UNITED STATES MAGISTRATE JUDGE

-2-